IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| WILLIAM JOSEPH SANFORD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-19-1066-STE |
| UNITED STATES GOVERNMENT, | ) | |
| Defendant. | ) | |

## ORDER

United States Magistrate Judge Shon Erwin issued a Report and Recommendation in this matter on November 20, 2019.[1] In it, Judge Erwin recommends summary dismissal of this action under 28 U.S.C. § 1915(e)(2)(B)(ii), without prejudice and with leave to amend. Plaintiff William Joseph Sanford was advised of his right to object,[2] but he did not.

Upon a de novo review of the record, the Court **ADOPTS** the Report and Recommendation in full. Accordingly, this matter is summarily **DISMISSED** without prejudice and with leave to amend.

**IT IS SO ORDERED this 13th day of December, 2019.**

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] *See* Report & Recommendation (Dkt. 3).

[2] *See id.* at 3.